[Criminal No. 191.]

ERIK THORNQUIST, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. F. M. Doan, Judge.

No appearances.

March 30, 1905.

THE COURT.—The record of this case, like that of *Figueroa* v. *Territory, ante*, p. 266, 80 Pac. 328, and other cases brought to this term, shows no brief or other appearance by

the appellant.  The criticism made by the court in the Fig-
ueroa case upon the practice of bringing up appeals upon the
transcript made by the stenographer, with no assignment of
errors or briefs, and no appearance by counsel for the appel-
lant, applies to this case.    Such practice cannot be too
severely condemned.

We have examined such record as is presented, and, finding
no error therein, the judgment of the lower court is affirmed.